William E. Borg et al., appellants. Oscar F. Fischer et al., appellants, v. Harry Finegold, appellee. Gen. No. 37,869.

Opinion filed November 20, 1935. Rehearing denied December 4, 1935.

Nusbaum, Damon & Sturman, for appellants; M. Robert Sturman and Samuel J. Sherman, of counsel. Randolph Bohrer, for appellee; Randolph Bohrer and Norman H. Arons, of counsel.

Mr. Presiding Justice Hall delivered the opinion of the court.